No. 14,713.

PRINGLE ET AL., DOING BUSINESS AS GREAT WESTERN IRON AND METAL COMPANY *v.* WINTER-WEISS COMPANY.
(113 P. [2d] 1007)

Decided May 12, 1941.

Judgment affirmed en banc without written opinion. Mr. Justice Young and Mr. Justice Hilliard not participating.

Mr. SIMON QUIAT, Mr. SAMUEL S. GINSBERG, Mr. NATHAN H. CREAMER, Mr. EDWARD E. PRINGLE, for plaintiffs in error.

Mr. NATHAN R. KOBEY, Mr. FORREST C. O'DELL, for defendant in error.